**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7279**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

COURTNEY MARKEE GILMORE, a/k/a Dust,

               Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Senior District Judge. (3:09-cr-00501-JFA-6)

Submitted: October 15, 2015      Decided: October 20, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Courtney Markee Gilmore, Appellant Pro Se. Stacey Denise Haynes, Stanley D. Ragsdale, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtney Markee Gilmore appeals the district court's order denying his motion for a sentence reduction under Guidelines Amendment 782. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Gilmore, No. 3:09-cr-00501-JFA-6 (D.S.C. July 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED